# United States Court of Appeals
## For the First Circuit

---

No. 06-2692, 06-2693

Richard Muniz, Victor Gonzalez
Petitioners-Appellees

v.

Carolyn A. Sabol, Warden

Respondent-Appellant.

---

ERRATA SHEET

The opinion of this Court issued on February 26, 2008, is amended as follows:

On page 1, <u>Gonzales</u> is amended to read <u>Gonzalez</u>

On page 3, line 9: "loathe" is amended to read "loath"

On page 4, line 14: "Gonzales" is amended to read "Gonzalez"

On page 30, line 22: "U.S.C.994(a)(2)" is amended to read "U.S.C. section 994(a)(2)"

On p.31, line 10: "simple" is amended to read "simply"